450 A.2d 1039

Commonwealth v. Miller, Appellant.

Petition for Allowance of Appeal
Denied Jan. 17, 1983.

Submitted November 9, 1981.   William R. Shaffer, for appellant;  David A. Hepting, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Order dismissing post conviction relief is affirmed.